1 Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
2 Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
3 Farella Braun + Martel LLP
One Bush Street, Suite 900
4 San Francisco, California 94104
Telephone: (415) 954-4400
5 Facsimile: (415) 954-4480

6 Attorneys for Defendant DIRECT
COMPONENTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 SUNPOWER CORPORATION,                    Case No. 5:23-cv-04599-VKD

12            Plaintiff,                     **STIPULATION RE: EXTENSION OF
                                             TIME TO FILE RESPONSE TO
13       vs.                                 COMPLAINT**

14 DIRECT COMPONENTS, INC.,                  The Hon. Virginia K. DeMarchi
                                             Magistrate Judge
15            Defendant.

16

17          Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court, Northern

18 District of California, Plaintiff Sunpower Corporation ("Plaintiff"), on the one hand, and

19 Defendant Direct Components, Inc. ("Defendant"), on the other hand, hereby stipulate as follows:

20          WHEREAS, on September 7, 2023, Plaintiff filed the Complaint (Dkt. No. 1);

21          WHEREAS, on October 4, 2023, Plaintiff served its Complaint on Defendant (Dkt. No.

22 10);

23          WHEREAS Defendant's response to the Complaint is currently due on October 25, 2023

24 (Dkt. No. 10);

25          WHEREAS Defendant just recently retained outside counsel from Farella Braun + Martel

26 LLP, who are still investigating the facts alleged in Plaintiff's Complaint.  Accordingly, Defendant

27 requires additional time to prepare its response to the Complaint.  To that end, Defendant has

28

STIPULATION RE: EXTENSION OF TIME TO
FILE RESPONSE TO COMPLAINT
– Case No. 5:23-cv-04599-VKD

1   requested, and Plaintiff has agreed to provide, a 30-day extension of the deadline to answer or

2   otherwise respond to the Complaint, to and including **November 27, 2023**;

3          WHEREAS, this is Defendant's first request for an extension of time;

4          WHEREAS, this extension of time will not alter the date of any event or any deadline

5   already fixed by Court order;

6          WHEREAS, this stipulation is made without prejudice to any party requesting a further

7   extension or continuance;

8          **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

9          1.   The time for Defendant to file a responsive pleading shall be extended to and including

10              **November 27, 2023**.

11

12          SO STIPULATED.

13

14   Dated:  October 25, 2023                FARELLA BRAUN + MARTEL LLP

15

16                                          By:      _/s/ Sushila Chanana_
                                                 Sushila Chanana
17
                                            Attorneys for Defendant DIRECT COMPONENTS,
18                                          INC.

19

20   Dated:  October 25, 2023                WITTLIFF CUTTER, PLLC

21

22                                          By:      _/s/ Ian Crichton_
                                                 Ian Crichton
23

24

25

26

27

28

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION RE: EXTENSION OF TIME TO
FILE RESPONSE TO COMPLAINT
– Case No. 5:23-cv-04599-VKD                        2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Sushila Chanana, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence in the filing of this document has been obtained from each signatory hereto.


Dated:  October 25, 2023                                    FARELLA BRAUN + MARTEL LLP


By:      _/s/ Sushila Chanana_
         Sushila Chanana

Attorneys for Defendant DIRECT COMPONENTS, INC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION RE: EXTENSION OF TIME TO
FILE RESPONSE TO COMPLAINT
– Case No. 5:23-cv-04599-VKD                    3