Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Michelle Kao (State Bar No. 322758)
MKao@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant DIRECT COMPONENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>DIRECT COMPONENTS, INC.,<br><br>    Defendant. | Case No. 5:23-cv-04599-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>The Hon. P. Casey Pitts |

      Pursuant to Local Rule 7, Plaintiff Sunpower Corporation ("Plaintiff"), on the one hand, and Defendant Direct Components, Inc. ("Defendant"), on the other hand (each a "Party" and collectively the "Parties"), through their undersigned counsel, hereby file the following stipulated request to stay all proceedings in this case as follows:

      WHEREAS, on September 7, 2023, Plaintiff filed its Complaint (Dkt. No. 1);

      WHEREAS, Defendant has not yet filed a response to the Complaint, as the Parties filed a stipulation on October 25, 2023, extending the deadline for Defendant to respond to November 27, 2023 (Dkt. No. 13);

      WHEREAS, the Initial Case Management Conference is set for December 14, 2023 (Dkt. No. 19);

      WHEREAS, Plaintiff and Defendant have decided to mediate their dispute, and have

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MEDIATION
- Case No. 5:23-cv-04599- PCP

44378\16503935.1

agreed it would be desirable to stay all proceedings in this Court through the end of mediation to enable the Parties to attempt to resolve their disputes;

WHEREAS, the Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, SUBJECT TO THE COURT'S APPROVAL**, as follows:

1. All proceedings in this case are stayed to enable the Parties to participate in and focus on mediation proceedings;
2. All current deadlines in this case shall be taken off calendar in light of the stay;
3. During the course of the stay, if requested by the Parties, the Court may enter a protective order if the Court deems it appropriate to facilitate the exchange of information relating to the mediation proceedings; and
4. The Parties shall provide notice to the Court within ten days after the conclusion of the mediation regarding the outcome and, if unsuccessful, shall request that the Court lift the stay and schedule a case management conference.

SO STIPULATED.

Dated:  November 22, 2023             FARELLA BRAUN + MARTEL LLP

                                      By:  _/s/ Sushila Chanana_
                                           Sushila Chanana

                                      Attorneys for Defendant DIRECT COMPONENTS, INC.

Dated:  November 22, 2023             WITTLIFF CUTTER, PLLC

                                      By:  _/s/ Ian Crichton_
                                           Ian Crichton

                                      Attorneys for Plaintiff SUNPOWER CORPORATION

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MEDIATION - Case No. 5:23-cv-04599- PCP

2

44378\16503935.1

# ATTESTATION

I, Sushila Chanana, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  November 22, 2023          FARELLA BRAUN + MARTEL LLP

By: */s/ Sushila Chanana*
 Sushila Chanana

Attorneys for Defendant DIRECT COMPONENTS, INC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MEDIATION - Case No. 5:23-cv-04599- PCP

3

44378\16503935.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. All proceedings in this case are stayed to enable the Parties to participate in and focus on mediation proceedings;
2. All current deadlines in this case shall be taken off calendar in light of the stay;
3. During the course of the stay, if requested by the Parties, the Court may enter a protective order if the Court deems it appropriate to facilitate the exchange of information relating to the mediation proceedings; and
4. The Parties shall provide notice to the Court within ten days after the conclusion of the mediation regarding the outcome and, if unsuccessful, shall request that the Court lift the stay and schedule a case management conference.

Dated: November 27, 2023

_____
The Honorable Judge P. Casey Pitts
U.S. District Court Judge

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MEDIATION - Case No. 5:23-cv-04599- PCP

4

44378\16503935.1