Jack A. Simms (*pro hac vice*)
jack@wittliffcutter.com
Ian Crichton (State Bar No. 244540)
ian@witliffcutter.com
Wittliff Cutter PLLC
510 Baylor Street
Austin, Texas 78703
Telephone: (202) 669-3952

Thomas D. Fama (State Bar No. 261477)
tfama@wshblaw.com
Wood Smith Henning & Berman LLP
1401 Willow Pass Road, Suite 700
Concord, California 94520
Telephone: (925) 222-3416

Attorneys for Plaintiff SUNPOWER CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT COMPONENTS, INC.,<br><br>Defendant. | Case No. 5:23-cv-04599-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR PLAINTIFF TO AMEND ITS COMPLAINT AND FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**<br><br>The Hon. P. Casey Pitts |

Pursuant to Local Rule 7-12, Plaintiff Sunpower Corporation ("Plaintiff"), on the one hand, and Defendant Direct Components, Inc. ("Defendant"), on the other hand, through their undersigned counsel, hereby file the following stipulated request to set the schedule for amending the Complaint and for responding to that amended complaint:

WHEREAS, on September 7, 2023, Plaintiff filed its Complaint (Dkt. No. 1);

WHEREAS, on November 27, 2023, the Court granted the Parties' request to stay the case pending mediation and required the Parties to provide notice to the Court regarding the outcome of mediation within ten days of the mediation taking place (Dkt. No. 21);

WHEREAS, on March 28, 2024, the Parties participated in a mediation, which did not result in a settlement;

WHEREAS on April 8, 2024, the Court granted the Parties' request to extend the stay of the case pending further settlement discussions until April 26, 2024 (Dkt. No. 25);

WHEREAS, to date, the Parties have not successfully resolved the dispute;

WHEREAS, on May 2, 2024, the Court put the case back on its calendar, scheduling an initial case management conference for May 23, 2024 (Dkt. No. 26);

WHEREAS, on May 14, 2024, the Court rescheduled the initial case management conference for June 13, 2024 (Dkt. No. 31);

WHEREAS, on May 26, 2024, Plaintiff filed its First Amended Complaint (Dkt. No. 32), and Plaintiff may seek to amend its Complaint again in the future;

WHEREAS, Defendant anticipates filing one or more motions or responsive pleadings in response to Plaintiff's First Amended Complaint; and

WHEREAS, the Parties agree that Plaintiff should maintain its amendment as of right even after Defendant files a response to Plaintiff's First Amended Complaint;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, SUBJECT TO THE COURT'S APPROVAL**, as follows:

1. Defendant shall file a responsive pleading or a motion under Rule 12 to Plaintiff's First Amended Complaint by June 21, 2024; and

2. Plaintiff may amend its First Amended Complaint one additional time as of right by July 12, 2024. If Plaintiff chooses to do so, Defendant shall file a revised version of any motion filed under Paragraph 1 of this Order no later than August 2, 2024. Any subsequent briefing schedule shall follow Local Rule 7-3; and

3. If Plaintiff chooses **not** to amend the Complaint as provided under Paragraph 2, it shall notify Defendant no later than July 3, 2024, and Plaintiff's opposition or response to any Rule 12 motion Defendant filed by June 21, 2024, shall be due on July 12, 2024. Defendant's reply brief (if any) shall be due by July 26, 2024; and

4. Defendant also anticipates filing a motion to transfer the case to the Middle District of

Florida pursuant to 28 U.S.C. 1406(a). For the convenience of the Parties and the Court, any such motion shall be filed no later than June 21, 2024. Plaintiff's opposition brief shall be due on the same day as Plaintiff's opposition to any motion under Rule 12, as provided under Paragraphs 2 and 3. Defendant's reply brief shall likewise be due on the same day as Defendant's reply in support of any motion under Rule 12, as provided under Paragraphs 2 and 3.

SO STIPULATED.

Dated:  May 30_, 2024                         FARELLA BRAUN + MARTEL LLP

By:  _Sushila Chanana_
      Sushila Chanana

Attorneys for Defendant DIRECT COMPONENTS, INC.

Dated:  May 30, 2024                          WITTLIFF CUTTER, PLLC

By:  _Jack A. Simms_
      Jack A. Simms

Attorneys for Plaintiff SUNPOWER CORPORATION

**ATTESTATION**

I, Jack Simms, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  May 30, 2024

WITTLIFF CUTTER PLLC

By:  *Jack A. Simms*
        Jack A. Simms

Attorneys for Plaintiff SUNPOWER CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1.  Defendant shall file a responsive pleading or a motion under Rule 12 no later than June 21, 2024. Should Plaintiff choose not to further amend its complaint, the briefing schedule for such motions under Local Rule 7-3 shall apply.

2.  Plaintiff may amend its Complaint one additional time as of right by July 12, 2024. If Plaintiff chooses to do so, Defendant shall file a revised version of any motion filed under Paragraph 2 of this Order no later than August 2, 2024. The subsequent briefing schedule shall follow Local Rule 7-3.

3.  If Plaintiff chooses **not** to amend the Complaint, Plaintiff shall notify Defendant no later than July 3, 2024, and Plaintiff's opposition or response to any Rule 12 motion Defendant filed by June 21, 2024, shall be due on July 12, 2024. Defendant's reply brief (if any) shall be due by July 26, 2024.

4.  Defendant also anticipates filing a motion to transfer the case to the Middle District of Florida pursuant to 28 U.S.C. 1406(a). For the convenience of the Parties and the Court, any such motion shall be filed no later than June 21, 2024. Plaintiff's opposition brief shall be due on the same day as Plaintiff's opposition to any motion under Rule 12, as provided under Paragraphs 2 and 3. Defendant's reply brief shall likewise be due on the same day as Defendant's reply in support of any motion under Rule 12, as provided under Paragraphs 2 and 3.

Dated:     June 3, 2024


The Honorable Judge P. Casey Pitts
U.S. District Court Judge

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2024, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

/s/ *Jack A. Simms*
Jack A. Simms